UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JERRY ALAN THIGPEN, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:21-cv-00581 |
| ROBERT E. LEE DAVIES, et al., | ) |
| Defendants. | ) |

## ORDER

Jerry Alan Thigpen filed a Complaint under 42 U.S.C. § 1983 against nearly seventy federal, state, and local entities and officials. (Doc. No. 1). On August 24, 2021, the Court ordered Thigpen to submit an amended complaint that complies with Federal Rule of Civil Procedure 8(a). (Doc. No. 6). Thereafter, the Court granted Thigpen two thirty-day extensions due to medical concerns. (Doc. Nos. 8, 10). Thigpen thereafter failed to communicate with the Court, leading the Court to conclude that the Complaint was subject to dismissal for want of prosecution. (Doc. No. 11). However, the Court allowed Thigpen a third and "final" opportunity to respond. (Id.) The Court instructed Thigpen to submit an amended complaint within an additional thirty-day period and cautioned that failure to respond would result in dismissal of the Complaint. (Id.)

Thigpen has not responded in any way by the deadline or during an additional grace period. The Complaint is subject to dismissal because it fails to satisfy the requirements of Federal Rule of Civil Procedure 8(a). (See Doc. No. 6). Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE